IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WIGGINS,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 21-CV-303** |
| : | |
| **UNIVERSAL PROTECTION** : | |
| **SERVICES,** *et al.*, : | |
|     **Defendants.** : | |

### ORDER

**AND NOW**, this 7th day of April, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 14), Plaintiff's Response (Doc. No. 19), Defendant's Reply Brief (Doc. No. 21-1), and Plaintiff's Sur-Reply (Doc. No. 26), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's claims of gender and religious discrimination under Title VII stemming from events in September 2019 is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**;

2. Defendant's Motion to Dismiss Plaintiff's tortious interference with contract claim is **GRANTED** and this claim is **DISMISSED WITH PREJUDICE**;

3. Defendant's Motion to Dismiss Plaintiff's claims of religious discrimination and hostile work environment based on events in September 2020 is **GRANTED** and these claims are **DISMISSED WITHOUT PREJUDICE**;

4. Within **twenty-one (21) days** from the date of this Order, Plaintiff may file an amended complaint that attempts to replead his religious discrimination and hostile work environment claims based on the September 2020 events. Plaintiff is reminded that any complaint must be filed in good faith with sufficient supporting facts to make out those claims dismissed without prejudice.

                                              BY THE COURT:

                                              */s/ Mitchell S. Goldberg*
                                              **MITCHELL S. GOLDBERG, J.**